IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-CR-40030-JPG |
| ) | |
| JOSEPH SANDERS, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff Joseph Sanders's "Motion Pursuant to 18 U.S.C. § 1623" (Doc. 60), "Motion Pursuant to Rule 3, 4, 5, 6, 11, 12, 15, 7" (Doc. 61) and "Motion to Amend Lack of Jurisdiction" (Doc. 63). Sanders filed these documents *pro se*, although he was represented by Assistant Federal Public Defender Daniel Cronin at the time. Sanders is now represented also by Federal Public Defender Phillip J. Kavanaugh, III. As the Court has informed Sanders twice before (Docs. 35 & 53), a defendant does not have a right to file his own documents when he is represented by counsel. *See Hayes v. Hawes*, 921 F.2d 100, 102 (7th Cir. 1990) (*per curiam*). The Court may strike as improper any such *pro se* documents. *See, e.g., United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998). The Court hereby **ORDERS** that Sanders's three pending *pro se* motions (Docs. 60, 61 & 63) be **STRICKEN**.

In addition, in an order entered April 21, 2005, the Court warned Sanders that if he continued to make further *pro se* filings while he is represented by counsel, the Court would instruct the Clerk of Court to refuse to accept them for filing. Sanders has continued to attempt to file motions while he is represented by counsel. As it warned Sanders it would do, the Court

**DIRECTS** the Clerk of Court to refuse to file any *pro se* motions from Sanders while he is represented by counsel.  This does not apply to notices of appeal.

**IT IS SO ORDERED.**
**DATED:  October 7, 2005**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**